ANDRÉ BIROTTE JR.
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
     Social Security Administration, Office of the General Counsel
     160 Spear St Ste 800
     San Francisco, California 94105
     Telephone: (415) 977-8982
     Facsimile: (415) 744-0134
     E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD COLLINS, | ) | No. 8:12-cv-01048-CAS-SH |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    Based upon the parties' joint stipulation, and for cause shown, THE COURT ORDERS that the above-captioned action be reopened for entry of judgment in favor of Plaintiff.

Date: July 24, 2013

                            _____

                        HON. STEPHEN J HILLMAN
                        United States Magistrate Judge